# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

| | |
|---|---|
| HAYGOOD DENTAL CARE, LLC, ET AL. | CIVIL ACTION NO. 15-2343 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| ROSS H. DIES, ET AL. | MAGISTRATE JUDGE HORNSBY |

## JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections (Record Document 35) and the response (Record Document 38) filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Plaintiff's Motion to Remand (Record Document 11) be and is hereby **GRANTED** and this case is **REMANDED** to the First Judicial District Court, Caddo Parish, Louisiana, where it is pending as Suit No. 554,003. Any party who has filed an answer or similar pleading in the federal record is directed to file that pleading with the state court within 30 days of remand.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this the 17th day of March, 2016.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE